AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
~~LAS CRUCES, NEW MEXICO~~

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

JUN 11 2026

**ERIK PALTROW,
CLERK OF COURT**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26-3012 MJ |
| BRADLEY ISAIAH DAVIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 25, 2026 _____ in the county of _____ Otero County _____ in the _____ Mescalero _____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(6) | Assault Causing Serious Bodily Injury |
| 18 U.S.C. § 113(a)(8) | Assault by Strangling and/or Suffocating a Spouse, Intimate Partner, or Dating Partner |
| 18 U.S.C. § 1151, 1153(a) | Crimes occuring in Indian Country |
| NMSA § 30-6-1 | Child Abuse |

This criminal complaint is based on these facts:

See Attachment.

☑ Continued on the attached sheet.

**JACOB GLOSSOP** Digitally signed by JACOB GLOSSOP
Date: 2026.06.11 13:19:34 -06'00'

*Complainant's signature*

Special Agent Jacob Glossop, BIA-OJS

*Printed name and title*

Telephonically sworn and electronically signed.

Date: 6/11/26

*Judge's signature*

City and state: _____ Las Cruces, New Mexico _____

U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF:<br><br>BRADLEY ISAIAH DAVIS | Case No. ?6-3012 MJ |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, Jacob Glossop, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Indian Affairs (BIA), Office of Justice Services (OJS), Department of Interior (DOI), and have been since January 2023. I am currently assigned as a criminal investigator for the BIA Mescalero Agency, New Mexico. I am currently assigned to investigate Title 18 violations occurring on the Mescalero Apache Reservation, Otero County, New Mexico. I have completed over 480 hours of training in the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. The training included, but was not limited to, continuous case investigation and management, execution of search and arrest warrants, Law Enforcement photography and video, documentation and report writing, first responders to digital evidence, electronic surveillance techniques, and conducting investigations in the cyber environment. During my career, I have investigated violent crimes (including cases involving victims), homicides, suicides, unattended death investigations, child sexual abuse, domestic violence, aggravated assault, and assault by strangulation. I previously served as a New Mexico State Police Officer for approximately four years, nine months. I was classified, trained, and employed as a certified State Police Officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of state criminal statutes. I currently serve

as an Infantry Officer in the U.S. Army Reserves. I have served twenty years in a combination between regular active-duty Army, New Mexico National Guard, and U.S. Army Reserve. During my military service, I have conducted multiple 15-6 UCMJ and Article-15 investigations at Platoon, Company, Battalion, and Brigade levels. During my tenure with BIA, I have received formal and informal training involving violent crimes, including multiple strangulation, aggravated assault, and major crimes trainings, new detective trainings, investigative technique trainings, and crime scene processing trainings. I have also complete death investigation training with the New Mexico Office of Medical Investigator.

2.      I am the case agent investigating Bradley Isaiah Davis. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials, and witnesses. I have read reports and had discussions with investigators and have relied on their information as part of this affidavit. My BIA investigation into Bradley Isaiah Davis began in February 25 of 2026. Through the course of my investigation, I have read and reviewed reports generated by the BIA and the Mescalero Apache Tribal Court. I have also read open-source information regarding Bradley Isaiah Davis. I have reviewed audio and video recordings. I have met with victims and witnesses identified in this investigation. I have reviewed evidence, including, but not limited to, photographs, digital evidence, physical evidence, and medical reports as it relates to this investigation. This affidavit does not include all the information I know about the case. Unless otherwise noted, the dates I refer to in this affidavit are approximate.

**<u>Relevant Statutes</u>**

3.      Title 18 U.S.C. § 1151 states, "[e]xcepts as otherwise provided in sections 1154 and 1156 of this title, the term "Indian Country," as used in this chapter, means (a) all land within

the limits of any Indian reservation under the jurisdiction of the United States Government, notwithstanding the issuance of any patent, and including rights-of-way running through the reservation, (b) all dependent Indian communities within the borders of the United States whether within the original or subsequently acquired territory thereof, and whether within or without the limits of a state, and (c) all Indian allotments, the Indian titles to which have not been extinguished, including rights-of-way running through the same."

4.    Title 18 U.S.C. § 1153(a) states that "[a]ny Indian who commits against the person or property of another Indian or other person any of the following offenses, namely, murder, manslaughter, maiming, a felony under chapter 109A, incest, a felony assault under section 113, an assault against an individual who has not attained the age of 16 years, felony child abuse or neglect, arson, burglary, and a felony under section 661 of this title within Indian country, shall be subject to the same law and penalties as all other persons committing any of the above offenses, within the exclusive jurisdiction of the United States." Section (b) states, "Any offense referred to in subsection (a) of this section that is not defined and punished by Federal law in force within the exclusive jurisdiction of the United States shall be defined and punished in accordance with the laws of the State in which such offense was committed as are in force at the time such offense."

5.    NMSA 30-6-1 D states, in relevant part, "Abuse of a child consists of person knowingly, intentionally or negligently, and without justifiable cause, causing or permitting a child to be:

   1) Placed in a situation that may endanger the child's life or health;

   2) Tortured, cruelly confined or cruelly punished;"

6.    NMSA 32A-4-2 states, in relevant part, "B. "abused child" means child:

(1) who has suffered or who is at risk of suffering serious harm because of the action or inaction of the child's parent, guardian or custodian;

(2) who has suffered physical abuse, emotional abuse or psychological abuse inflicted or caused by the child's parent, guardian or custodian."

7.    18 U.S.C. §§ 113(a)(6), 1153 which provides, in relevant part, whoever, within Indian Country, assaults resulting in serious bodily injury is guilty of a federal offense.

8.    18 U.S.C. § 113(a)(8) states that it is a crime to assault a spouse, intimate partner, or dating partner by strangling, suffocating, or attempting to strangle or suffocate.

9.    18 U.S.C. § 113(b)(4) states that the term "strangling" means intentionally, knowingly, or recklessly impeding the normal breathing or circulation of the blood of a person by applying pressure to the throat or neck, regardless of whether that conduct results in any visible injury or whether there is any intent to kill or protractedly injure the victim.

## PROBABLE CAUSE

1.    On February 25, 2026, Bureau of Indian Affairs (BIA), Office of Justice Services (OJS), Police Officer Andrea Tabbee responded to the emergency room in Ruidoso to speak with a victim reporting to be involved in a domestic violence incident. Upon arrival, Officer Tabbee observed the victim identified as Jane Doe had a swollen face with discoloration. She asked Jane Doe what caused these injuries and what occurred.

2.    Jane Doe stated earlier this morning, Jane Doe had returned to her boyfriend Bradley Davis' residence after dropping off her children at school. The residence is located within the exterior boundaries of the Mescalero Apache Indian Reservation.

3.      Davis and Jane Doe were lying on the bed in his bedroom. Moments later Davis left the bedroom. When Davis returned, he got upset and started accusing Jane Doe about cheating on him.

4.      Jane Doe attempted to leave the residence, but Davis would not allow her to leave. Davis held Jane Doe against the bed by the back of Jane Doe's neck.  Jane Doe kicked Davis to get away from him. Davis became more upset and stated, "You fucking bitch, you kicked me!" Jane Doe told Davis, "Well your holding me down."

5.      After Jane Doe confronted Davis about his actions. Davis became more agitated and struck Jane Doe in the face with a closed fist causing Jane Doe's nose to bleed heavily. Jane Doe immediately walked out of the bedroom to leave the residence. Davis followed her close behind. Jane Doe got into her car quickly and left the residence. Jane Doe went to a family member's residence.

6.      Later on the same day, Jane Doe called the Police to report the incident. Jane Doe went to the emergency room in Ruidoso, New Mexico due to her injuries.

7.      The hospital records from her visit at the emergency room revealed Jane Doe sustained a fracture to the base of the right anterior nasal bone. Jane Doe also suffered a head contusion with facial swelling, bruising, and nosebleeds. Jane Doe also complained of headaches.

8.      BIA Special Agent was notified and responded to the emergency room. Upon arrival, BIA Agent observed swelling, bruising, and deformity to Jane Doe's nose and left eye lobe. Jane Doe also had a linear red mark on her left temple and left earlobe.

9.      BIA Agent conducted an interview with Jane Doe. The interview revealed Jane Doe stayed the night at Davis' residence located at 7 San Carlos Drive, which is located on the Mescalero Reservation.

10.     The following morning on February 25, 2026, Jane Doe left the residence to take her children to school. Jane Doe returned to Davis' residence and tried to go back to sleep in Davis' bedroom.

11.     Davis left the bedroom for a moment. After he returned, Davis was watching TV. Jane Doe got up and started getting dressed. Jane Doe told Davis she was going home. She did not want to stay there and sleep all day. She also told him she did not want to argue or fuss with him. As soon as Jane Doe said that, Davis became upset. Davis got close to Jane Doe's face. Jane Doe told Davis, "Just leave me alone." Davis kept arguing. Davis started accusing Jane Doe of cheating on him. Jane Doe said Davis is territorial with her. Davis did not want her talking to anyone.

12.     As Jane Doe attempted to walk out of the bedroom to leave the residence, Davis grabbed Jane Doe and pushed her on the bed. Davis then punched Jane Doe twice with a closed fist. Davis punched Jane Doe once on the left side of the head near her temple. Davis also punched Jane Doe between the nose and eye causing her nose to bleed heavily. Davis attempted to choke Jane Doe, but she used her arm to block him. Jane Doe was afraid for her life. Jane Doe felt like she was going to get hurt really badly again. Jane Doe felt like she was going to die. Jane Doe felt dizzy when Davis hit her in the face. Jane Doe also felt like vomiting.

13.     Jane Doe tried to kick Davis to keep him from hitting her more. Davis continued to attempt to hit Jane Doe.

14.     Jane Doe kept asking Davis to let her leave. Moments later Davis' mother heard the commotion and came to Davis' room to see what happened. Jane Doe told Davis, "Just leave me alone and let me leave." "I am done, I don't want to be here," let me leave." Davis' mother asked them what happened. Jane Doe told her, "Ask him ask him." Davis tried to tell his mother

Jane Doe started it. Jane Doe responded, "I did not start it, you hit me." "That's why I fought back with you." "You tried to keep me in the room and keep me quiet so nobody would hear."

15. Jane Doe left the bedroom and walked down the hallway to the front door. Davis ran after her. When Jane Doe got outside the residence Davis stopped at the front door. Davis would not come outside the residence because the neighbors could see what was occurring. Davis told Jane Doe, "Your just trying to send me back to jail."

16. Jane Doe left Davis' residence and went to a relative's residence and notified them of the incident.

17. Jane Doe stated she has been in an intimate relationship with Davis for approximately 3 years.

18. Jane Doe further explained she was previously assaulted by Davis on August 27, 2023, at 130 Mill Drive residence. The residence is located within the exterior boundaries of the Mescalero Apache Indian Reservation.

19. Jane Doe stated the incident was captured on a video recording device. Jane Doe provided a statement for this incident. Jane Doe also provided a copy of the video recording of two different assaults by Davis. One video recording of the assault by Davis which occurred on August 27, 2023, and a second video recording of an assault by Davis which occurred on March 1, 2023.

20. The August 27, 2023, video recording captured Davis on top of Jane Doe's back as she was lying on her stomach on the bed. Jane Doe told Davis to get off of her multiple times. Jane Doe's legs started kicking as Davis strangled her by wrapping his arm(s) around her neck in a choke hold. The recording captured Jane Doe gasping for air while she is being strangled by Davis. Jane Doe attempted to scream for help while kicking her legs. Davis stated, "Are you going to fuckin lie to me some more?"

21. A witness in the next room heard the commotion and came into the bedroom. The witness told Davis to get off of her. Janes Doe yelled, "call the police, call the police on him." Jane Doe told the witness that Davis was strangling her.

22. The recording further reveals Davis getting off Jane Doe and starting to put his clothes on. The recording captures Davis with his hands up stating, "You got caught, talking shit, fucking bitch."

23. Jane Doe further explains she was previously assaulted by Davis on March 1, 2023, at the 130 Mill Drive residence. Jane Doe video recorded this assault and provided a statement for this incident. Jane Doe also provided a copy of the recording(s).

24. The recording captured Davis standing over Jane Doe as she was lying on the bed with her two children next to her. The recording captured Davis assaulting Jane Doe. Davis was seen grabbing and hitting Jane Doe in the face. Jane Doe tries to move away from Davis. She also attempted to kick Davis away.

25. Though the recording does not have sound. Jane Doe is seen screaming at Davis as he grabs her legs and tried to pull her towards him. Davis was seen pushing Jane Doe towards the window where the curtain fell on her.

26. The recording further captured Davis grabbing Jane Doe again and trying to drag her towards him in an aggressive manner. Jane Doe attempted to kick Davis away again.

27. Jane Doe's children were sitting next to Jane Doe as the incident was occurring. The recording captured Jane Doe's minor male child get off the bed, leave the room, and stand by the entrance of the door. Jane Doe's son appears to be scared and concerned for his mother. Jane Doe grabs her minor daughter and puts the female minor on her lap to keep Davis from assaulting herself and her child.

28.    Jane Doe is seen touching her face and nose where Davis hit her. Davis backed away from Jane Doe as she gets off the bed and left the room with her minor daughter. The recording captures Davis as he turns around showing his face on the recording.

29.    On March 2, 2026, BIA Agent conducted an interview with Davis at the Lincoln County Detention Center. Davis was presented with his statement of *Miranda* rights, and he confirmed he understood these rights. Davis was provided his *Miranda* rights and signed via written consent to be questioned and provided a statement without a lawyer present.

30.    During the interview Davis admitted to punching Jane Doe once with a closed fist. Davis admitted to punching Jane Doe in the face between her nose and eye.

31.    Davis confirmed the incident occurred at his residence located at 7 San Carlos Drive, Mescalero, New Mexico which is located within the bounds of the Mescalero Apache Reservation.

32.    Dave further explained Jane Doe started the incident by accusing him of cheating. He said Jane Doe was initially attacking him. Davis disclosed he got upset and lost his temper and hit Jane Doe.

33.    Davis was questioned about the August 27, 2023, incident. Davis admitted to being on top of Jane Doe and choking her. He stated he choked her for approximately 5 seconds.

34.    Davis further admitted to looking through Jane Doe's cell phone. He said he found out Jane Doe was cheating on him.

35.    Davis verified that a witness walked into the bedroom when he was strangling Jane Doe. The witness was later interviewed and confirmed Davis was seen on top of Jane Doe's back strangling her. The witness disclosed she saw Davis strangling Jane Doe. The witness told Davis to get off of Jane Doe during the incident.

36.    The witness further explained Davis has assaulted Jane Doe on other occasions.

## CONCLUSION

3.  I confirmed through the Mescalero Apache Tribal enrollment office that Jane Doe and Davis both are enrolled members of the Mescalero Apache Tribe.

4.  I also confirmed through the Mescalero Apache Land Office that all incidents occurred within the Mescalero Apache Indian Reservation.

5.  Based on the above information, I submit that probable cause exists to believe that Davis violated Title U.S.C. Sections, 1151, 1153(a), 113(a)(6), and 113(a)(8), when he assaulted causing serious bodily injury and also strangled Jane Doe within the federal territory.

6.  Davis further violated NMSA 30-6-1, which makes it a crime for any parent, guardian, or custodian to place children at risk of suffering serious harm; to knowingly, intentionally, or negligently place children in a situation that may endanger their life or health; and/or to inflict or cause emotional or psychological abuse of children – within federal territory.

7.  Supervisory Assistant United States Attorney Randy Castellano approved this prosecution in this case.

JACOB GLOSSOP

Digitally signed by JACOB GLOSSOP
Date: 2026.06.11 13:20:13 -06'00'

Jacob Glossop
Special Agent
Bureau of Indian Affairs, Office of Justice Services

SUBSCRIBED AND SWORN TO BY TELEPHONE ON ___6/11/26___ .

UNITED STATES MAGISTRATE JUDGE