AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2026 JUL 17 AM 11: 35

CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

U.S. MARSHALS SERVICE

2026 JUN 12 PM 2: 00

LAS CRUCES, NEW MEXICO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 26-3012 MJ |
| BRADLEY ISAIAH DAVIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BRADLEY ISAIAH DAVIS                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

| 18 U.S.C. § 113(a)(6) | Assault Causing Serious Bodily Injury |
|---|---|
| 18 U.S.C. § 113(a)(8) | Assault by Strangling and/or Suffocating a Spouse, Intimate Partner, or Dating Partner |
| 18 U.S.C. § 1151, 1153(a) | Crimes occuring in Indian Country |
| NMSA § 30-6-1 | Child Abuse |

Date: 6/11/26

_____
Issuing officer's signature

City and state:     Las Cruces, New Mexico

Barbara Evans, U.S. Magistrate Judge
Printed name and title

| **Return** |
|---|
| This warrant was received on *(date)* 7/13/2026 , and the person was arrested on *(date)* 7/13/2026 at *(city and state)* Carrizozo, NM . |
| Date: 7/13/2026 |

_____
Arresting officer's signature

Shelden Coolie, BIA-OJS-Special Agent
Printed name and title