# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **MJ 26-3012** | Date: | **7/17/2026** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **CATHY ALVAREZ** | Type of Hearing: | | **PRELIMINARY/DETENTION** | |

| Defendant(s): | Attorney(s): | | Appt'd | Ret'd. |
|---|---|---|---|---|
| **BRADLEY ISAIAH DAVIS** | **ANDRE POISSANT** | | ☒ | ☐ |
| | | | ☐ | ☐ |

| Assistant U.S. Attorney: | **KEYTHAN PARK** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **DIANA LOPEZ** | Court in Session: | **9:54-10:04 A.M.   (10 MINS)** | |

| | |
|---|---|
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |

| | |
|---|---|
| ☒ | Defendant detained as a flight risk |
| ☐ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | OTHER:  DEFENSE COUNSEL PROFFERS FOR RELEASE AND ASKS THE COURT TO ACCEPT PRETRIAL'S RECOMMENDATION OF RELEASE TO DIERSEN IN LAS CRUCES, NM.  DEFENDANT IS ALSO WILLING TO GO TO A HALFWAY HOUSE IN ALBUQUERQUE, HE HAS LOTS OF THINGS TO SORT OUT.  AUSA PARK OPPOSES PRETRIAL'S RECOMMENDATION BASED ON DEFENDANT'S HISTORY OF DOMESTIC VIOLENCE AND A PRIOR FAILURE TO APPEAR. AUSA PARK REQUESTS THAT DEFENDANT BE DETAINED AS A DANGER AND FLIGHT RISK.  AUSA PARK ADVISES THE COURT THAT THE ALLEGED VICTIM WAS NOTIFIED BUT WAS NOT PRESENT IN COURT. <br><br> **COURT'S RULING – COURT DETAINS DEFENDANT FOR THE REASONS OUTLINED IN THE ORDER OF DETENTION.** |